NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARNOLDO MELENDEZ,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )        Case No. 2D18-250
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed January 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Arnoldo Melendez, pro se.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.